KAREN P. HEWITT
United States Attorney
ORLANDO B. GUTIERREZ
Assistant U.S. Attorney
California State Bar No. 183745
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7136

Attorneys for Plaintiff
United States of America

FILED
07 MAY -3 AM 9:34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

ORDERED SEALED BY COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br><br>1423 Laytonville,<br>Chula Vista, CA 91913 | Magistrate No. 07 MJ 0966<br><br>ORDER SEALING APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the application for search warrant and supporting documents, the affidavit of Special Agent Rosalinda Conde in support of the captioned matter, and this order be sealed until further order of this court.

IT IS SO ORDERED.

DATED.  5/3/07

_____
UNITED STATES MAGISTRATE JUDGE
CATHY ANN BENCIVENGO

Presented by:
KAREN P. HEWITT
United States Attorney

_____
Orlando B. Gutierrez
Assistant U.S. Attorney