UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

The residence located at:
1423 Laytonville,
Chula Vista, CA 91913

SEARCH WARRANT

CASE NUMBER: '07 MJ 0966

FILED
07 MAY -7 PM 1:17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

TO: <u>Any Special Agent of the Drug Enforcement Administration</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>DEA Special Agent Rosalinda Conde</u>, who has reason to believe that ☐ on the person or ☒ on the premises known as:

See attachment A

*ORDERED SEALED BY COURT* (stamp, crossed out)

in the Southern District of California, there is now concealed a certain person or property, namely

See attachment B

which are the fruits, instrumentalities and evidence concerning a violation of Title __21__ United States Code, Section(s) Title 21, U.S.C., Secs. 846 and 841(a)(1).

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before (not to exceed 10 days) __5/13/07__
                                                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 a.m. to 10:00 p.m.) ☐ ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U.S. Magistrate Judge, as required by law.

__5/3/07 @ 9:10 AM__                    at        __San Diego, California__
Date/Time issued

__Hon. C. Bencivengo, U.S. Magistrate Judge__       _____
Name and Title of Judicial Officer                   Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5-3-07 | 5-3-07 / 7:25 p.m. | Argelia Herrera |

INVENTORY MADE IN THE PRESENCE OF: Argelia Herrera

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached DEA Form -12, receipt for items

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature: Rosalinda Conde]*

Subscribed, sworn to, and returned before me this date.

_____          ____5/7/07____
U.S Judge or Magistrate                                      Date
**CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE**

# ATTACHMENT A

Description of 1423 Laytonville, Chula Vista, CA 91913

The target residence is a two story single family residence having a grey colored wood siding exterior with white trim and a light brown colored cement tile roof. The numbers 1423 in black numerals on the west-facing portion of the residence are located to the right of the front door. Black colored numerals (1423) are also affixed to the rear facing portion of the residence next to a garage. The attached garage has a metallic roll up door that is grey in color.



**ATTACHMENT "B"**

1. Documents containing data reflecting or memorializing the ordering, possession, purchase, storage, distribution, transportation and sale of controlled substances, including buyer lists, seller lists, pay-owe sheets, records of sales, log books, drug ledgers, personal telephone/address books containing the names of purchasers and suppliers of controlled substances, electronic organizers, Rolodexes, telephone bills, telephone answering pads, bank and financial records, and storage records, such as storage locker receipts and safety deposit box rental records and key.

2. Money, assets, and evidence of assets derived from or used in the purchase of controlled substances and records thereof, including but not limited to United States currency, negotiable instruments and financial instruments including stocks and bonds, and deeds to real property, books, receipts, records, bank statements and records, business records, money drafts, money order and cashiers checks receipts, passbooks, bank checks, safes and records of safety deposit boxes and storage lockers.

3. Weapons, firearms, firearms accessories, and ammunition and documents relating to the purchase and/or possession of such items.

4. Documents and articles of personal property reflecting the identity of persons occupying, possessing, residing in, owning, frequenting or controlling the premises to be searched or property therein, including keys, rental agreements and records, property acquisition records, utility bills and receipts, photographs, answering machine tape recordings, telephone, vehicle and/or vessel records, canceled mail envelopes, correspondence, financial documents such as tax returns, bank records, safety deposit box records, canceled checks, and other records of income and expenditure, credit card records, travel documents, personal identification documents and documents relating to obtaining false identification including birth certificates, drivers license, immigration cards and other forms of identification which the same would use other names and identities other than his or her own.

6. Cellular/mobile phones (and their contents), and other communication devices which evidence participation in a conspiracy to possess, manufacture, or distribute controlled substances.

7. All incoming telephone calls received at the residence during the execution of the search warrant and all calls received on cellular telephones found during the execution of the warrant.

8. Devices used to conduct counter-surveillance against law enforcement, such as radio scanners, police radios, surveillance cameras and monitors and recording devices and cameras.

9. Photographs and video and audio recordings which document an association with other coconspirators and/or which display narcotics, firearms, or money and proceeds from narcotics transactions.

1

# RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address ((including ZIP CODE)), if applicable)

Argelia Herrera
1423 Laytonville
Chula Vista 91913

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 5·3·07

**DIVISION/DISTRICT OFFICE**

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

LOCATION

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 HS | DOCUMENTS | N/W BEDROOM |
| 1 HS misc. | MASTERCARD & CDL | N/W BEDROOM |
| 1 HS misc. | BIRTH CERTIFICATES & CDL's | N/W BEDROOM |
| 1 HS " | PHOTOS & PURPLE CELL PHONE | N. BEDROOM |
| 1 HS | BANK STATEMENT | N/W BEDROOM |
| 1 HS | 2 BLACK CINGULAR CELL PHONES | N/W BEDROOM |
| 1 HS | DOCUMENTS | STAIRWAY CLOSET |
| 1 HS | NOTE PAD (LT BLUE) | STAIRWAY CLOSET |
| 1 HS | NOTE PAD (PINK) | BUCKET UNDER CLOSET |
| 1 HS | ID CARD | MANTEL OF FIREPLACE |
| 1 HS | RECEIPTS | MANTEL OF FIREPLACE |
| 1 HS | DOCUMENTS & PHONE CARDS | TOP KIT DRAWER E. WALL |
| 1 HS | BLACK NYLON SATCHEL | MIDDLE OF KIT CABINET E. WALL |
| 1 HS | PAPER WITH PHONE NUMBERS | BOTTOM SHELF KIT CABINET E.WALL |
| 1 HS | GYM CARD | N/W BEDROOM TV STAND |
| 1 HS | DOCUMENTS | MASTER BEDROOM CLOSET |

**RECEIVED BY (Signature)**

**NAME AND TITLE (Print or Type)**
Jeff Neves S/A

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)**
STEVE DUNCAN, S/A

DEA Form - 12
(Apr. 1983)

Previous edition dated 9/77 may be used until stock is exhausted.

# RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address ((including ZIP CODE)), if applicable)
Argelia Herrera
1423 Laytonville
Chula Vista CA. 91913

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 5·3·07

**DIVISION/DISTRICT OFFICE**

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

LOCATION of EVIDENCE

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 HS | DOCUMENTS & MX PASSPORT | MASTER BEDROOM DRESSER TOP DRAWER |
| 1 HS | RECEIPTS & DOCUMENTS | MASTER BEDROOM DRESSER W. WALL |
| 1 HS | SOCIAL SECURITY CARD | TOP LT DRAWER LT OF BED |
| 1 HS | 2 BLK MOTOROLA CELLULAR PHONES | LOWER 2ND DRAWER IN DRESSER LT OF BED |
| 1 HS | 1 BLK DAY PLANNER | N BEDROOM CLOSET |
| 1 HS | 1 BLK DAY PLANNER | N BEDROOM DRESSER |

**RECEIVED BY (Signature)**

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)**
Jeff Neves S/A

**NAME AND TITLE (Print or Type)**
Steve Duncan S/A 5/3/07

DEA Form - 12
(Apr. 1963)

Previous edition dated 9/77 may be used until stock is exhausted.