ORIGINAL

1    KAREN P. HEWITT
     United States Attorney
2    JOSEPH S. SMITH, JR.
     Assistant U.S. Attorney
3    California State Bar No. 200108
     Federal Office Building
4    880 Front Street, Room 6293
     San Diego, California 92101-8893
5    Telephone: (619) 557-5669

6    Attorneys for Plaintiff
     United States of America

7

FILED

08 FEB -7 AM 10: 22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

8            UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10    In the Matter of the Search of        )    Magistrate Case No. 07MJ0966
                                     )

11    1423 Laytonville,                 )
     Chula Vista, CA 91913          )    MOTION TO UNSEAL APPLICATION,

12                                      )    AFFIDAVIT, AND SEARCH WARRANT
     _____ )

13

14          COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

15    Karen P. Hewitt, United States Attorney, and Joseph S. Smith, Jr, Assistant United States Attorney,

16    and respectfully requests the court to unseal the application, affidavit, and search warrant in the

17    above entitled matter.  The Government is making this request for the purpose of producing said

18    application, affidavit, and search warrant to defense counsel as discovery.

19            DATED:    February 6, 2008

20                                         Respectfully submitted,

21                                         KAREN P. HEWITT
                                        United States Attorney

22

23

24                                        JOSEPH S. SMITH, JR
                                       Assistant U.S. Attorney

25

26

27

28

ORIGINAL

FILED

08 FEB -7 AM IO: 22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In the Matter of the Search of | ) | Magistrate Case No. 07MJ0966 |
| | ) | |
| 1423 Laytonville, | ) | |
| Chula Vista, CA 91913 | ) | ORDER |
| | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED that the application, affidavit, and search warrant previously filed

under seal in the above-referenced matter be unsealed for the purpose of producing said

application, affidavit, and search warrant in discovery.

DATED: ___2/6/08___            _____
                               CATHY ANN BENCIVENGO
                               UNITED STATES MAGISTRATE JUDGE